

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,746-01

### EX PARTE PATRICK DEWAYNE CLAYTON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 057591-01-D-WR IN THE 320TH DISTRICT COURT FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of delivery of a controlled substance in a drug free zone and sentenced to twenty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On November 18, 2019, the trial court entered an order designating issues. This application was prematurely forwarded to this Court under Texas Rules of Appellate Procedure 73.4(b)(5) and 73.5. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from

the date of this order.  The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions.  *See* TEX. R. APP. P. 73.4(b)(4).  Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:        February 5, 2020
Do not publish